## THE UNITED STATES BANKRUPTCY COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

IN RE:       **Walter Justine Hooks,**                    : **Chapter 13**
                          **Debtor**                      : **Case No. 25-14882-djb**

### NOTICE OF APPEARANCE AND REQUEST FOR SERVICE OF PAPERS

**PLEASE TAKE NOTICE** that the undersigned appears for **Delaware County Tax Claim Bureau, a creditor and/or party in interest** ("the Creditor"), and pursuant to Bankruptcy Rules 2002(g) and 2002(h) and 9007 and Section 1109(b) of the Bankruptcy Code, requests that all notices that are required to be given in this case and all papers that are required to be served in this case, be given to and served upon the undersigned at the office, post office address and telephone number set forth below.

**PLEASE TAKE FURTHER NOTICE** that pursuant to Section 1109(b) of the Bankruptcy Code, the foregoing request includes not only the notices and papers referred to in the Rules specified above, but also includes, without limitation, orders and notices of any application, motion, petition, pleading, request, complaint or demand, whether formal or informal, whether written or oral whether transmitted or conveyed by mail, delivery, telephone, telegraph, telex or otherwise which affect or seek to affect in any way any of the Creditor's rights or interest, with respect to Debtor.

                              **TOSCANI, STATHES & ZOELLER, LLC**

**Dated:   3/25/2026**          BY: /s/ Stephen V. Bottiglieri
                              Stephen V. Bottiglieri, Esquire
                              Attorney for the
                              Delaware County Tax Claim Bureau
                              899 Cassatt Road, Suite 320
                              Berwyn, PA 19312
                              P (610) 497-4901
                              sbottiglieri@tszlegal.com

L.B.F. 9014-4

## UNITED STATES BANKRUPTCY COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

IN RE:      Walter Justine Hooks,                    : Chapter 13
                 Debtor                              : Case No. 25-14882-djb

\* \* \* \* \* \* \*

## CERTIFICATION OF SERVICE

I, <u>Stephen V. Bottiglieri</u>, certify that on <u>March 25, 2026</u>, I did cause a true and correct copy of the documents described below to be served on the parties listed on the mailing list exhibit, a copy of which is attached and incorporated as if fully set forth herein, by the means indicated and to all parties registered with the Clerk to receive electronic notice via the CM/ECF system:

- Notice of Appearance and Request for Notices

I certify under penalty of perjury that the above document(s) was sent using the mode of service indicated.

Date: __March 25, 2026__                    /s/ Stephen V. Bottiglieri
                                             Stephen V. Bottiglieri, Esq. No. 87343
                                             Toscani, Stathes & Zoeller, LLC
                                             899 Cassatt Road, Suite 320
                                             Berwyn, PA 19312
                                             (610) 647-4901
                                             sbottiglieri@tszlegal.com

---

Mailing List Exhibit: (Check all that apply. If via e-mail, include e-mail address. Continue to the next page if necessary.)

Name:  Walter Justine Hooks
Address:  648 17th Ave, Prospect Park, PA 19076
Relationship of Party Debtor
Via:        CM/ECF       X 1st Class Mail       Certified Mail        e-mail:
Other:

Mailing List Exhibit: (Check all that apply. If via e-mail, include e-mail address. Continue to the next page if necessary.)

Name  Kenneth E. West, Esquire
Address 190 N. Independence Mall West, Suite 701, Philadelphia, PA 19106
Relationship of Party Chapter 13 Standing Trustee
Via:        X CM/ECF      1st Class Mail        Certified Mail        e-mail:
Other:

Name  Office of the United States Trustee
Address Robert N.C. Nix Federal Building, 900 Market Street, Suite 320, Philadelphia, PA 19107
Relationship of Party United States Trustee
Via:        X CM/ECF      1st Class Mail        Certified Mail        e-mail:
Other:

Name: Michael A. Cibik, Esquire
Address: Cibik Law, PC, 1500 Walnut Street, Suite 900, Philadelphia PA 19102
Relationship of Party: Counsel to Debtor
Via:        X CM/ECF      1st Class Mail        Certified Mail        e-mail:
Other:

Name
Address
Relationship of Party
Via:        CM/ECF      1st Class Mail        Certified Mail        e-mail:
            Other:

Name
Address
Relationship of Party
Via:        CM/ECF      1st Class Mail        Certified Mail        e-mail:
            Other: