United States Bankruptcy Court

Eastern District of Pennsylvania

In re:

Walter Justine Hooks

    Debtor

Case No. 25-14882-djb

Chapter 13

# CERTIFICATE OF NOTICE

| District/off: 0313-2 | User: admin | Page 1 of 3 |
|---|---|---|
| Date Rcvd: Apr 23, 2026 | Form ID: pdf900 | Total Noticed: 31 |

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ## | Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable. Notices will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed. The debtor's attorney or pro se debtor was advised that the specified notice was undeliverable. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Apr 25, 2026:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | | Walter Justine Hooks, 648 17th Ave, Prospect Park, PA 19076-1010 |
| 15078625 | + | Beach Park Partners, LLC, 2209 East 7th Street Suite A, Tampa, FL 33605-4001 |
| 15120490 | + | Delaware County Tax Claim Bureau, c/o Stephen V. Bottiglieri, Esquire, 899 Cassatt Road, Suite 320, Berwyn, PA 19312-1190 |
| 15119568 | + | Stephen V. Bottiglieri, Esquire, Toscani Stathes and Zoeller, LLC, 899 Cassatt Road, Suite 320, Berwyn, PA 19312-1190 |
| 15102095 | + | Toorak Capital Partners LLC, BSI Financial Services, 4200 Regent Blvd., Ste. B200, Irving, TX 75063-2237 |

TOTAL: 5

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | Email/Text: megan.harper@phila.gov | Apr 24 2026 02:30:00 | City of Philadelphia, City of Philadelphia Law Dept., Tax Unit/Bankruptcy Dept, 1515 Arch Street 15th Floor, Philadelphia, PA 19102-1595 |
| smg | | Email/Text: RVSVCBICNOTICE1@state.pa.us | Apr 24 2026 02:29:00 | Pennsylvania Department of Revenue, Bankruptcy Division, P.O. Box 280946, Harrisburg, PA 17128-0946 |
| cr | | Email/PDF: resurgentbknotifications@resurgent.com | Apr 24 2026 02:28:57 | LVNV Funding, LLC, c/o Resurgent Capital Services, P.O Box 10587, Greenville, SC 29603-0587 |
| 15096118 | | Email/PDF: resurgentbknotifications@resurgent.com | Apr 24 2026 02:28:57 | Ashley Funding Services, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 15078626 | + | Email/Text: bankruptcy@bsifinancial.com | Apr 24 2026 02:29:00 | BSI Financial Services, 314 S Franklin Street Second Floor, Titusville, PA 16354-2146 |
| 15098677 | | Email/Text: BAC_CreditCard_BNC_Emails@g2risksolutions.com | Apr 24 2026 02:29:00 | Bank of America, N.A., PO Box 673033, Dallas, TX 75267-3033 |
| 15078627 | | Email/PDF: AIS.cocard.ebn@aisinfo.com | Apr 24 2026 02:28:59 | Capital One, Attn: Bankruptcy, PO Box 30285, Salt Lake City, UT 84130-0285 |
| 15078628 | + | Email/Text: ecf@ccpclaw.com | Apr 24 2026 02:29:00 | Cibik and Cataldo, P.C., 1500 Walnut Street Suite 900, Philadelphia, PA 19102-3518 |
| 15078629 | | Email/PDF: creditonebknotifications@resurgent.com | Apr 24 2026 02:28:55 | Credit One Bank, Attn: Bankruptcy, 6801 S Cimarron Rd, Las Vegas, NV 89113-2273 |
| 15119567 | + | Email/Text: kenneyk@co.delaware.pa.us | Apr 24 2026 02:30:19 | Delaware County Tax Claim Bureau, Government Center, 201 W. Front Street, Media, PA 19063-2708 |
| 15078631 | + | Email/Text: kenneyk@co.delaware.pa.us | Apr 24 2026 02:30:00 | Delaware County Tax Claim Bureau, 201 W Front St, Media, PA 19063-2768 |
| 15078632 | + | Email/Text: GSBankElectronicBankruptcyNotice@gs.com | Apr 24 2026 02:29:00 | Goldman Sachs Bank USA, Attn: Bankruptcy, 200 West St, New York, NY 10282-2198 |

| 15078633 | Email/Text: sbse.cio.bnc.mail@irs.gov | Apr 24 2026 02:29:00 | Internal Revenue Service, Centralized Insolvency Operation, PO Box 7346, Philadelphia, PA 19101-7346 |
| 15092806 | Email/Text: JCAP_BNC_Notices@jcap.com | Apr 24 2026 02:30:00 | Jefferson Capital Systems LLC, Po Box 7999, St. Cloud, MN 56302-9617 |
| 15084310 | Email/PDF: resurgentbknotifications@resurgent.com | Apr 24 2026 02:29:01 | LVNV Funding, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 15078634 | + Email/PDF: resurgentbknotifications@resurgent.com | Apr 24 2026 02:29:02 | Lvnv Funding/Resurgent Capital, Attn: Bankruptcy, PO Box 10497, Greenville, SC 29603-0497 |
| 15093772 | + Email/Text: bankruptcydpt@mcmcg.com | Apr 24 2026 02:29:00 | Midland Credit Management, Inc., PO Box 2037, Warren, MI 48090-2037 |
| 15078635 | + Email/Text: bankruptcydpt@mcmcg.com | Apr 24 2026 02:29:00 | Midland Credit Mgmt, Attn: Bankruptcy, PO Box 939069, San Diego, CA 92193-9069 |
| 15100211 | Email/Text: ext_ebn_inbox@navyfederal.org | Apr 24 2026 02:30:00 | Navy federal Credit Union, P.O. BOX 3000, MERRIFIELD, VA 22119-3000 |
| 15081499 | + Email/PDF: cbp@omf.com | Apr 24 2026 02:29:00 | OneMain Financial Group, LLC, PO Box 981037, Boston, MA 02298-1037 |
| 15087187 | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Apr 24 2026 02:29:06 | PORTFOLIO RECOVERY ASSOCIATES, LLC, POB 41067, Norfolk, VA 23541 |
| 15078636 | Email/Text: RVSVCBICNOTICE1@state.pa.us | Apr 24 2026 02:29:00 | Pennsylvania Department of Revenue, Bankruptcy Division, 1 Revenue Pl, Harrisburg, PA 17129-0001 |
| 15078637 | + Email/Text: bankruptcy1@pffcu.org | Apr 24 2026 02:29:00 | Police & Fire FCU, Attn: Bankruptcy 901 Arch st, Philadelphia, PA 19107-2495 |
| 15088048 | + Email/Text: bankruptcy1@pffcu.org | Apr 24 2026 02:29:00 | Police & Fire Federal Credit Union, One Greenwood Square, 3333 Street Road, Bensalem, PA 19020-2022 |
| 15088517 | + Email/Text: JCAP_BNC_Notices@jcap.com | Apr 24 2026 02:30:00 | Premier Bankcard, LLC, Jefferson Capital Systems, LLC Assignee, Po Box 7999, St. Cloud, MN 56302-7999 |
| 15083704 | Email/Text: bnc-quantum@quantum3group.com | Apr 24 2026 02:29:00 | Quantum3 Group LLC as agent for, Concora Credit Inc., PO Box 788, Kirkland, WA 98083-0788 |

TOTAL: 26

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| cr | *+ | Delaware County Tax Claim Bureau, Government Center, 201 W. Front Street, Media, PA 19063-2708 |
| 15078630 | ## | Delaware County Solid Waste Authority, 1521 N Providence Rd, Media, PA 19063-1039 |

TOTAL: 0 Undeliverable, 1 Duplicate, 1 Out of date forwarding address

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains**

District/off: 0313-2                          User: admin                          Page 3 of 3
Date Rcvd: Apr 23, 2026                       Form ID: pdf900                       Total Noticed: 31

**the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Apr 25, 2026                    Signature:        /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on April 23, 2026 at the address(es) listed below:**

**Name**                          **Email Address**

KENNETH E. WEST
                                  ecfemails@ph13trustee.com  philaecf@gmail.com

MICHAEL A. CIBIK
                                  on behalf of Debtor Walter Justine Hooks help@cibiklaw.com
                                  noreply01@cibiklaw.com;noreply02@cibiklaw.com;noreply03@cibiklaw.com;noreply04@cibiklaw.com;noreply05@cibiklaw.com;cibiklawpc@jubileebk.net;cibiklaw@recap.email;ecf@casedriver.com

STEPHEN VINCENT BOTTIGLIERI
                                  on behalf of Creditor Delaware County Tax Claim Bureau sbottiglieri@tszlegal.com  ToscaniStathesZoellerLLC@jubileebk.net

United States Trustee
                                  USTPRegion03.PH.ECF@usdoj.gov

TOTAL: 4

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF PENNSYLVANIA

In Re:                                              Chapter 13
    WALTER JUSTINE HOOKS

                                  Bankruptcy No. 25-14882-DJB

                Debtor

## ORDER

**AND NOW**, upon consideration of the Motion to Dismiss Case filed by Kenneth E. West, Esq., Standing Trustee, and after notice and hearing, it is hereby **ORDERED** that this case is **DISMISSED** and that any wage orders previously entered are **VACATED**.

**IT IS FURTHER ORDERED** if the case has been confirmed and the Trustee is holding funds, any undisbursed funds held by the Chapter 13 Trustee from payments made on account of the Debtor(s)' plan shall be refunded to the Debtor(s) unless a party in interest files a Motion for Alternative Disbursement within 21 days of the entry of this Order.

**Date: April 23, 2026**

_____
Honorable Derek J. Baker
Bankruptcy Judge